Brian T. Kiolbasa, OSB No. 112890
kiolbasab@lanepowell.com
**LANE POWELL PC**
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ANNA-MARIE TSCHUDY,<br><br>       Plaintiff,<br><br> v.<br><br>NEW YORK LIFE INSURANCE COMPANY,<br><br>       Defendant. | Case No. 3:22-cv-00960-AR<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

  Defendant Life Insurance Company of North America ("LINA") (incorrectly named in the Complaint as New York Life Insurance Company), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby makes the following disclosures:

  1. LINA is a wholly owned subsidiary of New York Life Insurance Company; and

PAGE 1 –  DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

120192.0240/9054762.1

2.      New York Life Insurance Company is not a subsidiary of any other entity which owns 10% or more of the stock of the New York Life Insurance Company.

DATED:  July 22, 2022

                LANE POWELL PC


                By:    s/ Brian T. Kiolbasa
                        Brian T. Kiolbasa, OSB No. 112890
                        Telephone:  503.778.2100
                Attorneys for Defendant

PAGE 2 –  DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

120192.0240/9054762.1